IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| SAMUEL DENNIS WILLIAMS | § | |
| VS. | § | CIVIL ACTION NO. 1:06cv164 |
| DIRECTOR, TDCJ-CID | § | |

### MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Samuel Dennis Williams, formerly an inmate confined in the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends that petitioner's motion for summary judgment should be denied and the petition should be denied and dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and pleadings. Petitioner filed objections to the Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and the applicable law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes petitioner's objections should be overruled. Petitioner's claims are barred as successive or by limitations and are unexhausted and procedurally defaulted. Additionally, petitioner's claims are without merit. Further, petitioner's claims

concerning the calculation of his time credits are moot based on his release from custody. Petitioner is entitled to no relief in this petition for writ of habeas corpus.

## O R D E R

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct and the report is **ADOPTED**. A final judgment will be entered in this case in accordance with the report.

So **ORDERED** and **SIGNED** this **25** day of **March, 2011.**

_____
Ron Clark, United States District Judge